# Third District Court of Appeal
## State of Florida

Opinion filed November 27, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D24-0659, 24-0660, & 24-0662
Lower Tribunal Nos. 18-CF-37-A-M, 23-MM-2197-A-K, & 21-CF-425-A-K

_____

**Autumn Guzzi,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Monroe County, Mark Wilson, Judge.

Anthony J. Stonick, for appellant.

Ashley Moody, Attorney General, and Ivy R. Ginsberg, Assistant Attorney General, for appellee.

Before EMAS, SCALES, and MILLER, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Laurence v. State</u>, 394 So. 3d 241, 248 (Fla. 3d DCA 2024) ("[W]hen a trial judge's spouse or immediate family member is employed by a government entity such as the State Attorney's Office in the same judicial circuit where the trial judge is presiding over criminal cases and the spouse or immediate family member does not have supervisory authority over prosecutors appearing before the judge, recusal of the trial judge is not required.").